BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4809
    Email: Margaret.Branick-Abilla@SSA.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JONATHAN ROVEY LILLY,<br><br>    Plaintiff,<br><br>        v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 5:25-cv-00097-SK<br><br>**JUDGMENT** |

Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

DATED: June 20, 2025

_____
HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE